# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIF ALI, aka : <br> RAYMOND SHELTON : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> COMMISSIONER BLANCHE : <br> CARNEY, et al. : <br>     Defendants. : | Civil No. 20-cv-4320-JMG |

**ORDER**

**AND NOW**, this 18th day of August, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The above-captioned action is **DISMISSED**.

2. The case is **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge